1 | McGREGOR W. SCOTT
United States Attorney
2 | MICHELLE RODRIGUEZ
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone:  (916) 554-2700

5

6

7

8

                 IN THE UNITED STATES DISTRICT COURT FOR THE

                    EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      )
                                   )       CR. NO. S-08-336-GEB
11 |                  Plaintiff,   )
        v.                         )
12 | SCOTT STEWART SINGEWALD,       )
                                   )
13 |                  Defendant.   )
    _____)
14 | UNITED STATES OF AMERICA,      )
                                   )
15 |                  Plaintiff,   )       CR. NO. S-08-377-MCE
                                   )
16 |      v.                        )
    SCOTT STEWART SINGEWALD,       )
17 |                                )       **MOTION TO RELATE CASES**
                     Defendant.   )       **AND PROPOSED ORDER**
18 | _____)

19 |      HEREBY, under Local Rule 83-123(3) & (4), the United States

20 | NOTIFIES the Court of the filing of a related case AND MOVES that

21 | the case, CR. S-08-377-MCE, be related with an earlier filed case,

22 | CR. S-08-336-GEB.

23 |      On July 23, 2008, an Indictment was filed initiating CR. S-08-

24 | 336-GEB.  The Indictment in CR. S-08-336-GEB charged Singewald with

25 | 3 counts of bank robbery (18 U.S.C. § 2113(a)).  On August 14,

26 | 2008, an Information was filed initiating CR. S-08-377-MCE.  The

27 | Information in CR. S-08-377-MCE charged Singewald with an

28 | additional 4 counts of bank robbery (18 U.S.C. § 2113(a)).

                                   1

1     By this motion, the United States submits that the latter

2   charged Information against Singewald, Cr. 08-377-MCE, should be

3   related before Judge Burrell with the earlier charged Indictment

4   against Singewald, Cr. 08-336-GEB.  In each case the identical

5   defendant (Singewald) is charged.  In each case there are similar

6   victims (federally insured financial institutions), similar

7   witnesses, and a similar modus operandi.

8     Through his counsel (AFD Lauren Cusick), Singewald requests

9   that the cases be related before the same judicial officer.

10   Singewald (again through his counsel) also requests (1) to waive

11   indictment as to the Information in CR. S-08-377-MCE and (2) to

12   resolve the Information in CR 08-377-MCE at the time he resolves

13   the Indictment in CR 08-336-GEB.  On September 5, 2008, the

14   indicted case, CR 08-336-GEB, is scheduled (before Judge Burrell)

15   for status hearing/change of plea hearing.

16     ACCORDINGLY, the United States -- having represented that in

17   CR. S-08-336-GEB and CR. S-08-377-MCE there is the same defendant,

18   related evidence issues, sentencing issues, and witness concerns --

19   respectfully moves for relation of the latter case (CR 08-377-MCE)

20   with the earlier case (CR 08-336-GEB) already before Judge Burrell.

21   For the reasons set forth herein, such relation of cases would help

22   defense counsel, victims, and witnesses deal with prosecutorial and

23   judicial burdens.  In addition, relating the latter case (charged

24   by Information) with the EARLIER case (charged by Indictment) would

25   be efficient for the U.S. Probation Office.

26   Dated: 8/19/2008_____                McGREGOR W. SCOTT
                                          United States Attorney
27                                            /s/ Michelle Rodriguez
                                          By: _____
28                                            MICHELLE RODRIGUEZ
                                              Assistant U.S. Attorney

2

1 **RELATED CASE ORDER**

2       Examination of the above-captioned matter, CR. NO. S-08-336-

3 GEB, and the criminal action in CR. NO. S-08-377-MCE reveals that

4 the actions are related within the meaning of Local Rule 83-123.

5 The actions involve similar transactions, including as to

6 defendant, victims, and witnesses, and would therefore entail a

7 substantial duplication of labor if heard by different judges.

8 Accordingly, the assignment of the matters to the same judge is

9 likely to effect a substantial savings of judicial effort and is

10 also likely to be convenient for the parties.

11       IT IS ORDERED that the action denominated CR. NO. S-08-377-MCE

12 is reassigned to Judge Burrell, for all further proceedings.

13 Henceforth, the caption on documents filed in the reassigned case

14 shall show the initials "GEB" instead of another jurist's initials.

15 By this order, relating the cases under Local Rule 83-123 merely

16 has the result that the actions are assigned to the same judge and

17 no consolidation of the actions is effected.   Under the regular

18 practice of this court, related cases are assigned to the judge to

19 whom the first filed action was assigned.

20       IT IS FURTHER ORDERED that case number 08-377-MCE is to be

21 placed on this Court's September 5, 2008 calendar to be called with

22 case number 08-336-GEB (already scheduled on September 5, 2008).

23       AND, IT IS FURTHER ORDERED that the clerk of the Court make

24 appropriate adjustment in the assignment of criminal cases to

25 ///

26

27

28

3

1 | compensate for this reassignment.

2 | Dated:   August 21, 2008

3

4 | GARLAND E. BURRELL, JR.
5 | United States District Judge

4